# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LORI J., | : | Case No. 3:22-cv-00029 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry (ECF No. 10), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on February 7, 2023 (ECF No. 10) is ADOPTED in full;

2. Plaintiff's Statement of Errors (ECF No. 8) is OVERRULED;

3. The Commissioner's non-disability determination is AFFIRMED; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: February 28, 2023  *s/Thomas M. Rose*
Thomas M. Rose
United States District Judge